# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES LAUGHRIDGE,

        Plaintiff,

v.                                                          Case No:   6:25-cv-1847-CEM-LHP

NICOLAS MCLEAN, MASON LANG,
JOHN HAU, JACARRA PATTERSON
and JOHN MINA,

        Defendants

_____

## ORDER

Before the Court are Plaintiff's Response to Order to Show Cause and Renewed Motion for Extension of Time to Serve Defendant John Hau (Doc. No. 23), and Plaintiff's Motion for Extension of Time to Serve Defendant John Hau (Doc. No. 25), both of which have been referred to the undersigned.   Upon consideration, the motions are **GRANTED**, to the extent that the deadline for Plaintiff to effect service of process on Defendant John Hau, and to file proof thereof, is extended up to and including **March 23, 2026**.  This Order does not otherwise speak to the Order to Show Cause issued by the presiding District Judge.   *See* Doc. No. 22.

**DONE** and **ORDERED** in Orlando, Florida on January 21, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties