**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES LAUGHRIDGE,

        Plaintiff,

v.                                        Case No:   6:25-cv-1847-CEM-LHP

NICOLAS MCLEAN, MASON LANG,
JOHN HAU, JACARRA PATTERSON
and JOHN MINA,

        Defendants

---

**ORDER**

Before the Court is Plaintiff's Motion for Investigation into Missing Filings, Leave to File Electronically, and Stay of Proceedings.  Doc. No. 29.  Defendants take no position on the requests for investigation or to file electronically, but oppose a request to stay proceedings.  *Id.* at 5.  On review, the motion will be **GRANTED in part and DENIED AS MOOT in part**, as follows.

The motion is premised on filings mailed to the Clerk's Office, the Clerk's Office stating the documents were never received, and Plaintiff resending the documents, to no avail.  Doc. No. 29.  So, Plaintiff seeks investigation into the missing filings and that the filings be treated as timely, access to the Court's

CM/ECF system to ameliorate any prejudice regarding same, and a stay of proceedings pending resolution of his requests. *Id.*

Upon consideration, given Plaintiff's representations, the Court finds it appropriate to allow Plaintiff access to electronic filing. Thus, the motion (Doc. No. 29) is **GRANTED in part**, such that the Court will permit Plaintiff to file electronically via CM/ECF, provided that Plaintiff complies with the Administrative Procedures for Electronic Filing.[1] Failure to comply will result in the removal of electronic filing privileges. Plaintiff is further advised that the privilege granted herein will be revoked if he misuses or abuses CM/ECF. Plaintiff is directed to the Court's website, https://www.flmd.uscourts.gov/cmecf, for the requirements of Non-Attorney E-File Registration. Upon registration, Plaintiff will receive service of Court filings solely through CM/ECF. *See* Fed. R. Civ. P. 5(b)(2)(E).

The motion (Doc. No. 29) will be **DENIED as moot** in all other respects. First, because Plaintiff's response to Defendants' motion to dismiss was timely filed (Doc. No. 24), and because the Court has now extended the deadline for Plaintiff to effect service on Defendant John Hau (Doc. No. 26) the Court finds Plaintiff's request to treat as timely his filings related thereto moot. Second, the issues

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov, by selecting "Filing a Case," and "Administrative Procedures for Electronic Filing (PDF)."

Plaintiff has experienced with mailing in documents will be ameliorated by Plaintiff's access to CM/ECF, rendering a request for further investigation into the missing filings moot as well.   Finally, because Plaintiff only requests a stay of deadlines/proceedings pending resolution of this motion, which is now resolved, the request for a stay is likewise deemed moot, and the Court does not require a response from Defendants in this regard.

     **DONE** and **ORDERED** in Orlando, Florida on February 4, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -