UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES LAUGHRIDGE,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-1847-CEM-LHP**

**NICOLAS MCLEAN, MASON LANG, JOHN HAU, JACARRA PATTERSON, and SHERIFF JOHN MINA,**

**Defendants.**

________________________________/

**ORDER**

THIS CAUSE is before the Court on Defendants Nicholas McLean, Mason Lang, Jacaara Patterson, and Orange County Sheriff's Motion to Dismiss (Doc. 17). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 36), recommending that the Complaint be *sua sponte* dismissed as a shotgun pleading, Plaintiff be given leave to amend, and the Motion be denied without prejudice. Plaintiff filed Objections (Doc. 38), to which Defendants filed a Response (Doc. 40). This cause is also before the Court on Defendant John Hau's Motion to Dismiss (Doc. 37) to which Plaintiff filed a Response (Doc. 39).

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning

specific proposed findings or recommendations to which an objection is made. *See also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

In his Objections, Plaintiff merely disagrees with the analysis in the R&R without citation to legal authority. The Court has reviewed and considered all of Plaintiff's Objections to the R&R on a *de novo* basis and finds they lack merit. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition is accepted and the R&R is incorporated herein by reference. *See Williams v. Omega Labs. Inc.*, 2026 WL 1847300, at *2 (11th Cir. June 26, 2026) (holding that a district court need not "restate what was already detailed" by the Magistrate Judge and adopted into the order).

Additionally, even though the R&R did not expressly address Hau's Motion to Dismiss because it was filed after the R&R was issued, the analysis in the R&R applies equally to the claims against Hau and the *sua sponte* dismissal of the Complaint compels the same outcome for that motion.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and made a part of this Order.
2. Defendants Nicholas McLean, Mason Lang, Jacaara Patterson, and Orange County Sheriff's Motion to Dismiss (Doc. 17) is **DENIED without prejudice**.
3. Defendant John Hau's Motion to Dismiss (Doc. 37) is **DENIED without prejudice**.
4. The Complaint (Doc. 1) is **DISMISSED without prejudice**.
5. **On or before September 8, 2026**, Plaintiff may file an Amended Complaint that complies with the R&R. Failure to do so may result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party